**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

October 19, 2021

**BY ECF**

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. David Perez,* 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

The Government respectfully writes on behalf of the parties to request an adjournment of the conference in this matter currently scheduled for defendant David Perez for October 21, 2021 at 10:15 a.m. to January 12, 2022 at 12:00 p.m. The parties further request that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between October 21, 2021 and January 12, 2022 to allow for the production and review of discovery and for the parties to engage in discussions of a potential disposition short of trial.

Thank you for your attention to this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Aline R. Flodr/Dominic Gentile/Jessica Greenwood
Assistant United States Attorneys
(212) 637-1110/2567/1090

cc (by ECF): Deborah Colson (counsel for David Perez)

---

**Handwritten endorsement (10/29/2021):**

Case adjourned to January 12, 2022 at 12:00 PM, time excluded in the interest of justice, to allow for the production and review of discovery and for the parties to engage in discussions of a potential disposition short of trial.

10/29/2021

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2021