**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2022

MEMO ENDORSED

3/14/22

Case Adj to May 3, 2022 at 2PM — time excluded through May 3, in the interest of justice, to facilitate the review of discovery and plea negotiations.

**BY ECF**

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: *United States v. David Perez*, 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

  The Government respectfully writes on behalf of the parties to request an adjournment of the conference in this matter currently scheduled for defendant David Perez for March 1, 2015 at 2:30 p.m. to May 3, 2022 at 2 p.m. The parties further request that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between March 1, 2022 and May 3, 2022 to allow for the production and review of discovery and for the parties to engage in discussions of a potential disposition short of trial.

  Thank you for your attention to this matter.

*/s/ Colleen McMahon*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Aline R. Flodr/Dominic Gentile/Jessica Greenwood
Assistant United States Attorneys
(212) 637-1110/2567/1090

cc (by ECF): Deborah Colson (counsel for David Perez)v

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```